UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF'S OFFICE EMPLOYEES, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01070-KES-EPG <br><br> **STIPULATION AND ORDER FOR AMENDED SCHEDULING ORDER IN LIGHT OF THE LIFTING OF THE BANKRUPTCY STAY** <br><br> (ECF NO. 66) |

The parties respectfully submit the following stipulated request for an amended scheduling order, in accordance with their previous joint status report regarding the April 30, 2025, bankruptcy hearing and the the Court's ensuing order (ECF No. 64).

| SCHEDULING ORDER DEADLINE | PROPOSED NEW DATE |
|---|---|
| Nonexpert Discovery Cutoff | March 27, 2026 |
| Expert Disclosure | May 6, 2026 |
| Rebuttal Expert Disclosure | June 3, 2026 |
| Expert Discovery Cutoff | July 8, 2026 |

| Dispositive Motions Filing Deadline | August 19, 2026 |
|---|---|
| Mid-Discovery Conference | December 11, 2026 |
| Pretrial Conference | January 25, 2027 |
| Jury Trial | April 6, 2027 |

Respectfully Submitted,

Dated: May 28, 2025	LAW OFFICE OF SANJAY S. SCHMIDT


By:   */s/ Sanjay S. Schmidt*
	SANJAY S. SCHMIDT
	Attorneys for Plaintiffs

Dated: May 28, 2025	PRENTICE LONG, PC


By:   */s/ Margaret Long\**
	MARGARET E. LONG
	CAITLIN SMITH
	Attorney for Defendant
	County of Fresno

Dated: May 28, 2025	GORDON REES SCULLY MANSUKHANI, LLP


By:   */s/ Lindsey M. Romano\**
	LINDSEY M. ROMANO
	Attorneys for Defendant Wellpath, LLC

Dated: May 28, 2025	DOYLE SCHAFER McMAHON, LLP


By:   */s/ Raymond J. McMahon\**
	RAYMOND J. McMAHON
	PAULY B. KIM
	Attorneys for Defendant Jessica Martinez, LMFT

*Counsel provided their consent to the filing of this document via CM/ECF.

2

# ORDER

The Court, having reviewed and considered the parties' stipulation and proposed order for an amended scheduling order (ECF No. 66), and finding good cause exists, sets the following new scheduling order:

| SCHEDULING ORDER DEADLINE | PROPOSED NEW DATE |
|---|---|
| Nonexpert Discovery Cutoff | March 27, 2026 |
| Expert Disclosure | May 6, 2026 |
| Rebuttal Expert Disclosure | June 3, 2026 |
| Expert Discovery Cutoff | July 8, 2026 |
| Dispositive Motions Filing Deadline | August 19, 2026 |
| Mid-Discovery Conference | December 11, 2026 at 10:30 a.m. |
| Pretrial Conference | January 25, 2027 at 1:30 p.m.[1] |
| Jury Trial | April 6, 2027 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **May 29, 2025**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In order to accommodate Judge Sheriff's schedule the Court is setting the pretrial conference on a date different than the party's original proposed date of January 21, 2027.

3