**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.S., a minor, by and through her proposed guardian ad litem, LENA ESCAMILLA, individually and as co-successor in interest to Decedent WILLIAM SLAVEN; J.T., a minor, by and through her proposed guardian ad litem, HEATHER TURNER, individually and as co-successor in interest to Decedent WILLIAM SLAVEN; TERESA SLAVEN, individually; and, ROBERT SLAVEN, individually,<br><br>                     Plaintiffs,<br><br>          vs.<br><br>COUNTY OF FRESNO, a public entity; Fresno County Sheriff's Office employees DOES 1-30, individually; WELLPATH, LLC, a Delaware corporation; JESSICA MARTINEZ, LMFT; DOES 33-50; and, DOES 51-70, jointly and severally,<br><br>                     Defendants. | Case No. 1:23-cv-01070-KES-EPG<br><br>STIPULATION AND ORDER FOR THE FILING BY PLAINTIFFS OF A SECOND AMENDED COMPLAINT SUBSTITUTING IN THE WELLPATH LIQUIDATING TRUST FOR WELLPATH, LLC AND SUBSTITUTING IN CALIFORNIA FORENSIC MEDICAL GROUP, INC. FOR ONE PREVIOUSLY NAMED DOE DEFENDANT<br><br>(ECF NO. 77) |

Plaintiffs and Defendants ("the Parties"), by and through their undersigned counsel of record, respectfully stipulate as follows:

**RECITALS**

**A.**     Through the bankruptcy proceedings of Defendant Wellpath, LLC, a Liquidating Trust assumed the liability of Defendant Wellpath, LLC for wrongful death claims such as this, which arose before November 11, 2024, the date on which Defendant Wellpath, LLC filed for bankruptcy. *Findings of Fact, Conclusions of Law, and Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor*

1

*Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Case No. 24-90533, ECF No. 2596, Articles IV.N., VII]; *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bar Date* [Case No. 24-90533, ECF No. 2680, 2-3]; *Revised and Amended Clarifying Order Enforcing (A) The First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates, and (B) The Trust Distribution Procedures* [Case No. 24-90566, ECF 1279, 1-2].

**B.**      Plaintiffs assert that information that came to light after the bankruptcy proceedings of Defendant Wellpath, LLC, indicates there is an additional party, California Forensic Medical Group, Inc. ("CFMG"), which is a required party under Federal Rule of Civil Procedure 19(a), who needs to be substituted in for DOE Defendant 33. CFMG is an entity that is separate and distinct from Defendant WELLPATH, LLC.

**C.**      Defendants consent to the filing by Plaintiffs of a Second Amended Complaint that effectuates these objectives, pursuant to Federal Rule of Civil Procedure 15(a)(2).

**<u>STIPULATION</u>**

**WHEREFORE,** the Parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiffs may file a Second Amended Complaint, which substitutes in the Wellpath Liquidating Trust for Wellpath, LLC, and California Forensic Medical Group, Inc., for DOE Defendant 33.

IT IS SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated: May 29, 2026           **LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs

Dated: May 29, 2026           **PRENTICE LONG, PC**

*/s/ Margaret E. Long* *
By: MARGARET E. LONG
Attorneys for Defendant County of Fresno

Dated: May 29, 2026  **SCHAFER McMAHON, LLP**

*/s/ Sheila Mahmoudi* *
By: Sheila Mahmoudi
Attorneys for Defendant Jessica Martinez, LMFT

Dated: May 29, 2026  **GORDON, REES SCULLY MANSUKHANI, LLP**

*/s/ Kendra N. Stark**
By: KENDRA N. STARK
Attorneys for Defendants Wellpath, LLC

*Ms. Long, Ms. Mahmoudi, and Ms. Stark consented to the filing of this document via CM-ECF.

## ORDER

The Court, having considered the Parties' stipulation, and good cause appearing therefor, the Parties' stipulation is hereby APPROVED.

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file the proposed Second Amended Complaint, which substitutes in Wellpath Liquidating Trust for Wellpath, LLC, and California Forensic Medical Group, Inc., for DOE Defendant 33. It shall be filed within seven days of the signing of this order.

IT IS SO ORDERED.

Dated:    **May 29, 2026**                    /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE

4