

**FILED**



## United States District Court
## Eastern District of California

JUN 0 8 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| J.S., et al |
|---|

Plaintiff(s)

V.

| County of Fresno et al |
|---|

Defendant(s)

Case Number:  | 1:23-cv-01070 |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jilliann Leigh Tate _____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant California Forensic Medical Group, Inc.

On ___August 27, 2018___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of North Carolina___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:___June 5, 2026___    Signature of Applicant: /s/ Jilliann Leigh Tate_____

**Pro Hac Vice Attorney**

Applicant's Name: Jilliann Leigh Tate

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 150 Fayetteville Street, Suite 1120

City: Raleigh    State: NC    Zip: 27601

Phone Number w/Area Code: (984) 344-7472

City and State of Residence: Winston Salem, NC

Primary E-mail Address: jtate@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kendra N. Stark

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 315 Pacific Avenue

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: 415 875-4126    Bar # 363663

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/9/26

_____
JUDGE, U.S. DISTRICT COURT

# Supreme Court of North Carolina



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on August 27, 2018, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Jilliann Leigh Tate

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, June 5, 2026.

Grant E. Buckner
Clerk of the Supreme Court