UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S., a minor, by and through her guardian ad litem, LENA ESCAMILLA, individually and as co-successor in interest to Decedent WILLIAM SLAVEN; J.T., a minor, by and through her guardian ad litem, HEATHER TURNER, individually and as co-successor in interest to Decedent WILLIAM SLAVEN; TERESA SLAVEN, individually; and, ROBERT SLAVEN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, a public entity; Fresno County Sheriff's Office employees DOES 1-30, individually; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH LIQUIDATING TRUST, a nominal defendant; JESSICA MARTINEZ, LMFT; DOES 34-50; and, DOES 51-70, jointly and severally,<br><br>Defendants. | CASE NO.  1:23-CV-01070-KES-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. TO FILE A RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Plaintiffs J.S., J.T., Teresa Slaven, and Robert Slaven ("Plaintiffs"), by and through their undersigned counsel, and Defendant California Forensic Medical Group, Inc. ("CFMG"), by and through its undersigned counsel, hereby represent to the Court and stipulate as follows:

1. On June 1, 2026, Plaintiffs electronically filed and served their Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2). ECF Nos. 78–79.

2. Plaintiffs and CFMG hereby stipulate and agree that service of the Second Amended Complaint upon CFMG was effected on June 16, 2026, and that CFMG's deadline to file a response to the Second Amended Complaint shall be July 16, 2026.

3. Plaintiffs and CFMG further stipulate and agree that, if CFMG files a motion to dismiss in response to the Second Amended Complaint, Plaintiffs shall have an additional 30 days to respond to that motion, in addition to the fourteen days provided for in Local Rule 230(c), which requires the filing of an opposition no later than fourteen (14) days after the motion has been filed.

IT IS SO STIPULATED AND AGREED.

Dated:  July 7, 2026                    GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Kendra Stark*
Kendra Stark
Jilliann Tate (*admitted pro hac vice*)
Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

Dated:  July 7, 2026                    LAW OFFICE OF SANJAY S. SCHMIDT

By*: /s/ Sanjay Schmidt*
Sanjay Schmidt
Attorney for Plaintiffs

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, and the parties having stipulated to the same, the parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that Defendant California Forensic Medical Group, Inc. shall file its response to Plaintiffs' Second Amended Complaint on or before July 16, 2026.  It is further ordered that, in addition to the fourteen days provided for in Local Rule 230(c), Plaintiffs shall have an additional 30 days to respond to any motion to dismiss filed by Defendant California Forensic Medical Group, Inc.

IT IS SO ORDERED.

Dated:   **July 7, 2026**                    /s/ _Eric P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

*J.S., a minor, et al. v. County of Fresno, et al.*
USDC Eastern District of California Case No.: 1:23-CV-01070-KES-EPG

I, Suneel Nelson, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: July 7, 2026                                    By: */s/ Suneel J. Nelson*_____
                                                                An Employee of Gordon Rees Scully
                                                                Mansukhani, LLP