UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S., a minor, by and through her guardian ad litem, LENA ESCAMILLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants | No. 1:23-cv-01070-KES-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. TO FILE A RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT<br><br>(ECF No. 93) |

On July 16, 2026, Defendant California Forensic Medical Group, Inc. ("CFMG") filed a stipulation to extend the time for Defendant CFMG to file a response to the second amended complaint. (ECF No. 93). The stipulation provides as follows

> Plaintiffs J.S., J.T., Teresa Slaven, and Robert Slaven ("Plaintiffs"), by and through their undersigned counsel, and Defendant California Forensic Medical Group, Inc. ("CFMG"), by and through its undersigned counsel, hereby represent to the Court and stipulate as follows:
>
> 1. On June 1, 2026, Plaintiffs electronically filed and served their Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2). ECF Nos. 78–79.
> 2. The current deadline for CFMG to file its response to the Second Amended Complaint is July 16, 2026. ECF No. 91.
> 3. CFMG has notified Plaintiffs that it intends to file a motion to dismiss; however, the parties require additional time to meet and confer regarding CFMG's anticipated arguments, in order to fully satisfy the letter and spirit of Judge Sherriff's meet and confer requirements and narrow down any remaining issues as much as possible.
> 4. Plaintiffs and CFMG therefore stipulate and agree that CFMG's deadline to file its motion to dismiss in response to the Second Amended Complaint should be extended to July 22, 2026.

> 5. Plaintiffs and CFMG further stipulate and agree, as stated in ¶ 3 of the last stipulation, which was signed by the Court, ECF No. 91 at 2:1–5; 3:5–9, that, if CFMG files a motion to dismiss in response to the Second Amended Complaint, Plaintiffs shall have an additional 30 days to respond to that motion, in addition to the fourteen days provided for in Local Rule (c), which requires the filing of an opposition no later than fourteen (14) days after the motion has been filed.
>
> IT IS SO STIPULATED AND AGREED.

(*Id.*).

In light of the stipulation and good cause thus appearing, the Court shall grant the stipulation and ORDERS Defendant California Forensic Medical Group, Inc. to file a response to Plaintiffs' Second Amended Complaint no later than July 22, 2026.

Additionally, should a motion to dismiss be filed by Defendant California Forensic Medical Group, Inc. in response to the second amended complaint, in addition to the fourteen days provided for by Local Rule 230(c), Plaintiff shall have an additional thirty days to file an opposition to a motion to dismiss filed by Defendant California Forensic Medical Group, Inc. in response to the second amended complaint.

IT IS SO ORDERED.

Dated: **July 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE