**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.S., a minor, by and through her proposed guardian ad litem, LENA ESCAMILLA, individually and as co-successor in interest to Decedent WILLIAM SLAVEN; J.T., a minor, by and through her proposed guardian ad litem, HEATHER TURNER, individually and as co-successor in interest to Decedent WILLIAM SLAVEN; TERESA SLAVEN, individually; and, ROBERT SLAVEN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, a public entity; Fresno County Sheriff's Office employees DOES 1-30, individually; WELLPATH, LLC, a Delaware corporation; JESSICA MARTINEZ, LMFT; DOES 33-50; and, DOES 51-70, jointly and severally,<br><br>Defendants. | Case No. 1:23-cv-01070-KES-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF RESPONSIVE PLEADING DUE DATE FOR DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND FOR FILING OF THIRD AMENDED COMPLAINT BY PLAINTIFFS |

Plaintiffs and Defendants ("the Parties"), by and through their undersigned counsel of record, respectfully stipulate as follows:

**RECITALS**

**A.** The operative due date for the filing of a responsive pleading by Defendant California Forensic Medical Group, Inc. ("CFMG") is today, July 22, 2026. ECF No. 94.

**B.** On July 21, 2026, in accordance with Section I., Paragraph C. ("Meet and Confer Requirements") of the STANDING ORDER IN CIVIL CASES for the Hon. U.S. District Judge

Sherriff, counsel for Defendant CFMG and the Plaintiffs held an extensive meet and confer on the first date available for all counsel, July 21, 2026, which consumed over an hour, to fully comply with their meet and confer duties in connection with a Federal Rule of Civil Procedure 12(b)(6) ("Rule 12(b)(6)") motion Defendant CFMG intended to file on various bases. This would have been the first responsive pleading filed by CFMG in this action.

**C.** As part of the Meet and Confer Requirements of the Court referenced above, counsel are directed to discuss thoroughly "any potential resolution" of a motion being contemplated.

**D.** Pursuant to that provision, and in light of that meet and confer, Plaintiffs intend to file an amended complaint, which would render moot any such Rule 12(b)(6) motion.

**E.** Since the filing of this amended complaint would render moot the motion that Defendant CFMG intended to file today, the parties respectfully stipulate that the due date for the filing of a responsive pleading by Defendant CFMG be extended to 21-days after the filing of Plaintiffs' amended complaint.

**F.** Based on the foregoing, and in the interest of conserving attorney time and promoting judicial economy, Defendants consent to the filing by Plaintiffs of a Third Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), within twenty-one (21) days of today, July 22, 2026.

**STIPULATION**

**WHEREFORE,** the Parties hereby respectfully stipulate that the due date for the filing of a responsive pleading by CFMG be extended to 21-days after the filing of an amended complaint by Plaintiffs, and further that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file a Third Amended Complaint.

///

///

///

IT IS SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated: July 23, 2026 **LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs

Dated: July 23, 2026 **PRENTICE LONG, PC**

*/s/ Margaret E. Long* *
By: MARGARET E. LONG
Attorneys for Defendant County of Fresno

Dated: July 23, 2026 **SCHAFER McMAHON, LLP**

*/s/ Sheila Mahmoudi* *
By: Sheila Mahmoudi
Attorneys for Defendant Jessica Martinez, LMFT

Dated: July 23, 2026 **GORDON, REES SCULLY MANSUKHANI, LLP**

*/s/ Kendra N. Stark**
By: KENDRA N. STARK
Attorneys for Defendants Wellpath, LLC

*Ms. Long, Ms. Mahmoudi, and Ms. Stark consented to the filing of this document via CM-ECF.

ORDER

The Court, having considered the Parties' stipulation, and good cause appearing therefor, the Parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that the due date for the filing of a responsive pleading by Defendant CFMG be extended to 21-days after the filing of an amended complaint by Plaintiffs, and further that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file a Third Amended Complaint.

IT IS SO ORDERED.

Dated: **July 23, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE